**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald L. SMITH, Defendant– Appellant.**

**No. 08–30337.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 20, 2009.*

Filed Sept. 3, 2009.

Timothy J. Ohms, Esquire, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Tracy Staab, Esquire, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Ronald L. Smith appeals from the 92–month sentence imposed following his guilty-plea conviction for felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Smith contends that, at sentencing, the district court violated the separation of powers doctrine by admitting documents and calling and questioning a witness on its own initiative. The district court did not act improperly. *See* Fed.R.Evid. 614; *see also United States v. Alfaro,* 336 F.3d 876, 883–84 (9th Cir.2003).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

